UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| AL RICO MAPP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **6:11-cv-124** |
| ALTON MOBLEY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## ORDER

Before the Court are Al Rico Mapp's Request For Permission To Use Computer And

Other Video Equipment At Trial, ECF No. 78, and Mapp's Request For Permission To Appear

For Trial In Civilian Clothing And Without Restraints. ECF No. 79. The Court *GRANTS*

Mapp's request to bring a computer and DVD player into the courthouse for purposes of

displaying video evidence. ECF No. 78. Mapp's request to appear in civilian clothing and

without restraints requires a bit more elaboration.

Mapp correctly notes that "[t]he law has long forbidden routine use of visible shackles

during the guilt phase" of a criminal trial. *Deck v. Missouri*, 544 U.S. 622, 626 (2005). In fact,

"the Fifth and Fourteenth Amendments prohibit the use of physical restraints visible to the jury

absent a trial court determination, in the exercise of its discretion, that they are justified by a state

interest specific to a particular trial." *Id.* at 629. That general rule, however, applies to criminal

trials. Less clear is a prisoner's right to wear civilian clothing when he is the plaintiff in a civil

trial. *See Ball v. Baker*, 180 F. Supp. 2d 1293, 1294 (M.D. Ala. 2000) (noting the absence of on-

point authority in the Eleventh Circuit).

Looking to other circuits for guidance, the Court finds persuasive the reasoning of the Seventh Circuit in *Woods v. Thieret*, 5 F.3d 244, 247 (7th Cir. 1993). There the court held that trial judges must balance the prejudice inherent in prison clothing and restraints against the "competing concern[] of courtroom safety." *Id.* Absent evidence suggesting "the plaintiff is a violent person," or that he has a proclivity for escape, a court should decline to require restraint of a prisoner plaintiff or that he appear in prison clothing. *Id.*

Here, Mobley has made no showing that Mapp represents an escape threat or a danger to the court, Mobley, the jury, or others in the courtroom. So, the Court preliminarily *GRANTS* Mapp's request to appear unrestrained and in civilian clothing. ECF No. 79. If, however, Mobley presents evidence that Mapp "poses a risk to courtroom security, [a] risk of disrupting the proceeding or a risk of flight," the Court will reconsider this motion. *Id.* at 248.

The 23 day of September, 2013

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA