UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

AL RICO MAPP, )
)
    Plaintiff, )
)
v. )
) 6:11-cv-124
ALTON MOBLEY, )
)
    Defendant. )
)

## ORDER

Before the Court are Alton Mobley's Motion Requesting To Bring Demonstrative Evidence To Be Used At Trial, ECF No. 93; Al Rico Mapp's Proposed Stipulations, ECF No. 88; and Mapp's second proposed verdict form, ECF No. 90 at 18-19. Mobley objects to the proposed stipulations and verdict form on timeliness grounds.

First, Mobley seeks to bring a pair of handcuffs into the courtroom as demonstrative evidence but does not seek their admission or that they be provided to the jury. That request is **GRANTED**.

Second, Mapp has filed a set of proposed stipulations that he never previously discussed with Mobley. To call Mapp's filing a set of stipulations defies the definition of the term stipulation, as Mobley correctly notes. *See Black's Law Dictionary* 1550 (9th ed. 2009) (defining stipulation as "[a] voluntary agreement between opposing parties concerning some relevant point."). Mapp may attempt to establish the points of fact in the proposed stipulations through presentation of evidence at trial, but the Court will not allow Mapp's counsel to read the "stipulations" into the record.

Lastly, Mapp attached a new proposed verdict form to her proposed jury charges. ECF No. 90 at 18-19. The time for such a submission, however, lay with the due date for the proposed pretrial order. That deadline passed by the time Mapp filed his proposed jury charges. The Court accordingly will not consider Mapp's proposed verdict form.

The 3rd day of ~~October~~ Sept, 2013

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA