IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| AL RICO MAPP, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   6:11-cv-124 ) |
| ALTON MOBLEY, | ) ) |
|     Defendant. | ) |

## VERDICT FORM

**The Jury is instructed to write an answer in the blank, if applicable. Please do not circle your answer.**

**The Jury is instructed to answer these questions in order.**

**The Jury foreperson must sign and date at the end of the verdict form.**

**Paragraph 1.** Do you find by a preponderance of the evidence:

    i) That the force used against Al Rico Mapp by Alton Mobley was excessive?

YES OR (NO?) __NO__

    ii) That Alton Mobley, while Al Rico Mapp was handcuffed behind his back, threw Mapp into metal range bars while he was still handcuffed, threw Mapp to the floor, and then struck him in the face while Mapp was being restrained by two other officers?

YES OR (NO?) __NO__

    iii) That Alton Mobley's conduct caused Al Rico Mapp's injuries?

YES OR NO?) __NO__

1

**Paragraph 2.** If you answered "no" to any question in Paragraph 1, STOP. You have completed your deliberations. If you answered "yes" to all of the questions in Paragraph 1, do you believe that Al Rico Mapp should be awarded compensatory damages against Alton Mobley?

**YES OR NO?** _____

**Paragraph 3.** If you answered "no" to the question in Paragraph 2, go to Paragraph 4. If you answered "yes" to the question in Paragraph 2, what amount do you award against Alton Mobley as compensatory damages?

$_____

**Paragraph 4.** If you answered "yes" to the question in Paragraph 2, go to Paragraph 5. If you answered "no" to the question in Paragraph 2, do you believe that Al Rico Mapp should be awarded nominal damages in the amount of $1.00 against Alton Mobley?

**YES OR NO?** _____

**Paragraph 5.** If you answered "no" to the questions in both Paragraph 2 and Paragraph 4, STOP. You have completed your deliberations. If you answered "yes" to either the question in Paragraph 2 or Paragraph 4, do you believe that Al Rico Mapp should be awarded punitive damages against Alton Mobley?

**YES OR NO?** _____

**Paragraph 6.** If you answered "yes" to the question in Paragraph 5, what amount do you award against Alton Mobley as punitive damages?

$ 0

Signed: _/s/_ _____    Oct. 2, 2013
        Foreperson                                                                                                   Date